**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PATRICK HAIRSTON,** | * |
| | *   **CIVIL ACTION NO: 2:21-cv-02088** |
| PLAINTIFF, | * |
| v. | *   **SECTION: G     DIVISION: 3** |
| | * |
| **SUN BELT CONFERENCE INC.,** | *   **JUDGE: NANNETTE JOLIVETTE BROWN** |
| | * |
| DEFENDANT. | *   **MAGISTRATE JUDGE: DANA DOUGLAS** |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER AND AFFIRMATIVE DEFENSES TO**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Sun Belt Conference Inc. ("Sun Belt") respectfully files this Answer and Affirmative Defenses to the First Amended Complaint/Petition for Damages (R. Doc. 33, the "First Amended Complaint") filed by Plaintiff, Patrick Hairston ("Plaintiff") as follows:

I.   The allegations within Paragraph I of the First Amended Complaint do not require a response. To the extent a response is required, Sun Belt denies those allegations.

II.   The allegations within Paragraph II of the First Amended Complaint do not require a response. To the extent a response is required, Sun Belt denies those allegations.

III.   The allegations within Paragraph III of the First Amended Complaint do not require a response. To the extent a response is required, Sun Belt denies those allegations.

IV.   The allegations within Paragraph IV of the First Amended Complaint do not require a response. To the extent a response is required, Sun Belt fully adopts and incorporates the responses, answers, defenses, and affirmative defenses asserted within its Answer and Affirmative Defenses (R. Doc. 22) in response to each allegation Plaintiff re-alleges and re-asserts within the First Amended Complaint as if stated herein.

Respectfully submitted,

*/s/ Jennifer F. Kogos*
Jennifer F. Kogos (LA #25668)
Jason Culotta (LA #35731)
Jacob Pritt (LA #38872)
Jones Walker LLP
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Phone: (504) 582-8154
         (504) 582-8177
         (504) 582-8643
Fax:    (504) 589-8154
         (504) 589-8177
         (504) 589-8643
Email: jkogos@joneswalker.com
         jculotta@joneswalker.com
         jpritt@joneswalker.com

***Counsel for Defendant, Sun Belt Conference Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court on this 9th day of February, 2022, to be served on all counsel of record by operation of the Court's electronic filing system.

*/s/ Jennifer F. Kogos*
Jennifer F. Kogos

{N4523795.1}                                  2