UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK HAIRSTON, | * | |
| | * | CIVIL ACTION NO: 2:21-cv-02088 |
| Plaintiff, | * | |
| | * | SECTION: G      DIVISION: 3 |
| v. | * | |
| | * | JUDGE: NANNETTE JOLIVETTE |
| SUN BELT CONFERENCE INC., | * | BROWN |
| | * | |
| Defendant. | * | MAGISTRATE JUDGE: DANA |
| | * | DOUGLAS |

*************************************************************************

## PLAINTIFF'S WITNESS AND EXHIBIT LIST FOR TRIAL

**NOW INTO COURT**, comes plaintiff, Patrick Hairston, through undersigned counsel, who submits the names of the following witnesses who may be called at the trial of this matter and who identifies certain documents which may be utilized at the trial of this matter; pursuant to the Scheduling Order signed December 15, 2021. **Plaintiff reserves all rights to amend and supplement this witness and exhibit list.**

### WITNESS LIST

1. Patrick Hairston, Plaintiff, c/o Mark G. Montiel, Jr. and/or Shelby S. Talley of Montiel Hodge, LLC, who will testify about his pain and suffering from the date of incident through trial; and the facts surrounding the incident;

2. Mrs. Vanessa Hairston, wife of Plaintiff, who will testify about Plaintiff's pain and suffering from the date of incident through trial; and the facts surrounding the incident;

3. Alexandria Price, Director of Operations and Community Affairs at Greater New Orleans Sports Foundation, who will testify about her knowledge of the work environment at Sun Belt and the allegations made in Mr. Hairston's Complaint.

1

4. Keith Gill, Sun Belt Commissioner, who will testify as to his knowledge surrounding the termination of Plaintiff and the allegations made in Mr. Hairston's Complaint;

5. Kathy Keene, Sun Belt Deputy Commissioner, who will testify as to her knowledge surrounding the termination of Plaintiff and the allegations made in Mr. Hairston's Complaint;

6. Herbert Carter, Sun Belt Executive Associate Commissioner, Chief Financial Officer, who will testify as to his knowledge surrounding the termination of Plaintiff and the allegations made in Mr. Hairston's Complaint;

7. Karl Benson, former Commissioner, who will testify as to his knowledge of the work environment at Sun Belt and the work ethic of Plaintiff, Patrick Hairston.

8. Toni Derby, former Assistant Director of Championships, who will testify as to her knowledge of the work environment at Sun Belt and the allegations made in Mr. Hairston's Complaint;

9. Whitney Haworth, former Director Digital and Social Media, who will testify as to her knowledge of the work environment at Sun Belt and the allegations made in Mr. Hairston's Complaint;

10. Kyle Wilborn, former Assistant Commissioner, who will testify as to his knowledge of the work environment at Sun Belt and the allegations made in Mr. Hairston's Complaint;

11. John McElwain, former Senior Associate Commissioner, who will testify as to his knowledge of the work environment at Sun Belt and the allegations made in Mr. Hairston's Complaint;

12. Keith Nunez, former Assistant Commissioner, who will testify as to his knowledge of the work environment at Sun Belt and the allegations made in Mr. Hairston's Complaint;

13. Kelsey Solis, Compliance with Texas State University, who will testify to their knowledge of their working relationship with Mr. Hairston and surrounding the termination of Mr. Hairston.

14. Tom Burke, Compliance with University of Louisiana Lafayette, who will testify to his knowledge of his working relationship with Mr. Hairston and surrounding the termination of Mr. Hairston.

15. Erik Paz, Compliance with Georgia State University, who will testify to his knowledge of his working relationship with Mr. Hairston and surrounding the termination of Mr. Hairston.

16. Greg Dana, Associate Director of Academic and Membership Affairs at NCAA, who will testify to his knowledge of his working relationship with Mr. Hairston and surrounding the termination of Mr. Hairston.

17. Scott Connors, Assistant Director for NCAA, who will testify to his knowledge of his working relationship with Mr. Hairston and surrounding the termination of Mr. Hairston.

18. Any witness called or listed by any other party;

19. Any witness necessary to authenticate any document or exhibit;

20. Any witness necessary for impeachment or rebuttal purposes;

21. Any person deposed in this matter;

22. Any person having provided a recorded statement in this matter.

## **EXHIBIT LIST**

1. Sun Belt Conference Constitution and Bylaws;

2. Sun Belt Conference Handbook;

3. Sun Belt's Employee Policy Manual and Office Policy;

4. Sun Belt's Office Policy & Procedure Manual;

5. 2018-2019 Sun Belt Annual Employee Performance Review;

6. 2018-2019 Sun Belt Conference Office Services Evaluation Results;

7. Correspondence between Plaintiff and Employees of Sun Belt;

8. Charge of Discrimination, EEOC Form S (11/09);

9. Dismissal and Notice of Rights, EEOC Form 161 (11/2020);

10. Payroll Reports;

11. Sun Belt's List of Employees;

12. Defendants discovery documents, to date, which are Bates Stamped D000001-D001159 as of the date of this submission;

13. Any other documents timely and properly identified in other initial disclosures or otherwise produced in discovery in this matter that may support the claims of Plaintiff. Sun Belt has yet to produce the majority of the documents needed to finalize the Plaintiff's Exhibit List and reserves the right to amend this list once documents are compelled;

14. Any and all documents and/or exhibits produced in discovery by the defendant;

15. Any and all documents and/or exhibits produced by the defendant;

16. Any and all pleadings in this matter.

Respectfully submitted,

/s/ *Mark G. Montiel, Jr.*

_____
MARK G. MONTIEL, JR. (#36122)
SHELBY S. TALLEY (#39050)
**MONTIEL HODGE, LLC**
400 Poydras Street, Suite 2325
New Orleans, Louisiana 70130
Telephone: (504) 323-5885
Facsimile: (504) 308-0511
**Counsel for Plaintiff, Patrick Hairston**

### CERTIFICATE OF SERVICE

I, the undersigned counsel in the above styled case, do hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or electronic mail on this 9th day of September, 2022.

/s/ *Mark G. Montiel, Jr.*
**MARK G. MONTIEL, JR.**