UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK HAIRSTON** | **CIVIL ACTION NO.:** 2:21-CV-02088 |
| **PLAINTIFF,** | **SECTION:** "G" (3) |
| **VERSUS** | **JUDGE:** NANNETTE JOLIVETTE BROWN |
| **SUN BELT CONFERENCE, INC.,** | **MAGISTRATE:** DANA DOUGLAS |
| **DEFENDANT.** | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant, Sun Belt Conference, Inc. ("Defendant" or "Sun Belt"), respectfully submits this Motion for Summary Judgment asking the Court to dismiss all claims brought by Plaintiff Patrick Hairston ("Plaintiff") with prejudice. Plaintiff's claims arise from the termination of his employment with Sun Belt; specifically, Plaintiff claims Sun Belt violated Louisiana's Employment Discrimination Act by discriminating against him based on his race, breached his employment contract, and failed to pay all his vacation time at the end of his employment.

Plaintiff's claims cannot survive summary judgment. First, Sun Belt lacks the requisite number of employees to be an "employer" under Louisiana's Employment Discrimination Act, and therefore, cannot be liable under the Act. And even if Sun Belt could, Plaintiff was terminated for legitimate non-discriminatory reasons by a decision maker who is a member of the same protected class, and Plaintiff has no evidence of discriminatory animus by the decision maker or someone who influenced the decision. Second, there is no genuine issue of material fact as to whether Plaintiff received all the compensation and benefits he was due under his employment

1

contract. Because Plaintiff has no damages, he cannot establish a *prima facie* case for breach of contract under Louisiana law. Finally, there is no genuine issue of material fact as to whether Sun Belt properly paid Plaintiff all outstanding vacation time with his final paycheck. As such, Plaintiff's claims under the Louisiana Wage Payment Act should be dismissed.

     For the reasons more fully detailed in the attached Memorandum in Support and Local Rule 56.1 statement, there is no genuine issue of material fact, and Defendant is entitled to judgment as a matter of law. Therefore, the Court should grant the Motion and dismiss Plaintiff's claims with prejudice.

Dated: October 4, 2022            Respectfully submitted,

                              */s/ Jennifer Kogos*
                              JENNIFER KOGOS (#25668)
                              JASON CULOTTA (#35731)
                              JACOB J. PRITT (#38872)
                              **JONES WALKER LLP**
                              201 St. Charles Avenue, 51st Floor
                              New Orleans, Louisiana 70170-5100
                              Direct Telephone: (504) 582-8154
                                                         (504) 582-8177
                                                         (504) 582-8643
                              Direct Facsimile:  (504) 589-8154
                                                         (504) 589-8177
                                                         (504) 589-8643
                              jkogos@joneswalker.com
                              jculotta@joneswalker.com
                              jpritt@joneswalker.com

                              ***Counsel for Defendant, Sun Belt Conference Inc.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic filing with the Court's CM/ECF system, this 4th day of October, 2022.

/s/ Jennifer F. Kogos
JENNIFER F. KOGOS