**MINUTE ENTRY**
**BROWN, C.J.**
**November 14, 2022**
**JS-10  00:40**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PATRICK HAIRSTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2088** |
| **SUN BELT CONFERENCE, INC.** | **SECTION "G"(3)** |

**MINUTE ENTRY**

A pretrial conference was held on November 10, 2022, with the following individuals participating in person:

- Mark G. Montiel, Jr. and Shelby Talley (Montiel Hodge) on behalf of Plaintiff Patrick Hairston ("Plaintiff")
- Jennifer Kogos, Jacob Pritt, and Jason Culotta (Jones Walker) on behalf of Defendant Sun Belt Conference, Inc. ("Defendant")

The Court met with the parties to discuss the upcoming trial scheduled for November 28, 2022 at 9:00 AM. The Court informed the parties that the trial date may be continued by one week due to a conflict in the Court's schedule. All deadlines enumerated in the Scheduling Order remaining in effect. By November 27, 2022, Plaintiff must provide the Court with its list of the witnesses it will call on the first day of trial and the order in which those witnesses will be called. Each party must notify the Court and opposing counsel 24 hours in advance of calling any witness which witness will be called.

At trial, each party will have 30 minutes for opening statements and closing argument. The parties must arrive by 8:30 AM on November 28, 2022 to address any preliminary matters. Jury selection will begin at 9:00 AM. Trial is expected to last three to four days.

**NEW ORLEANS, LOUISIANA**, this 14th day of November, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**