UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK HAIRSTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2088** |
| **SUN BELT CONFERENCE, INC.** | **SECTION: "G"** |

### ORDER

Before the Court is Defendant Sun Belt Conference Inc.'s ("Defendant") "*Ex Parte* Motion for Expedited Consideration"[1] of its "Motion to Strike Plaintiff's Amended Witness and Exhibit List."[2] Discovery in the instant litigation closed on October 27, 2022.[3] The parties filed a Joint Pretrial Order on November 3, 2022.[4] The following day, Plaintiff filed an amended witness and exhibit list.[5] On November 10, 2022, Defendant filed a "Motion to Strike Plaintiff's Amended Witness and Exhibit List."[6]

Given the upcoming trial date in this matter, the Court will grant Defendant's request for expedited consideration of its motion to strike. Plaintiff must submit any opposition to Defendant's motion to strike on or before November 15, 2022 at 5:00 PM. The motion to strike will be set for

---

[1] Rec. Doc. 100.

[2] Rec. Doc. 99.

[3] Rec. Doc. 58.

[4] Rec. Doc. 92.

[5] Rec. Doc. 94.

[6] Rec. Doc. 99.

1

submission on the briefs on November 16, 2022.

Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Any opposition to Defendant's "Motion to Strike Plaintiff's Amended Witness and Exhibit List"[7] is due by November 15, 2022 at 5:00 PM.

**NEW ORLEANS, LOUISIANA**, this 14th day of November, 2022.

                                                  **NANNETTE JOLIVETTE BROWN**
                                                  **CHIEF JUDGE**
                                                  **UNITED STATES DISTRICT COURT**

---

[7] Rec. Doc. 99.