MINUTE ENTRY
DOUGLAS, M.J.
NOVEMBER 15, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PATRICK HAIRSTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-2088** |
| **SUN BELT CONFERENCE, INC.** | **SECTION: "G" (3)** |

    Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers has been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 8:15