UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICK HAIRSTON,** | * | |
| | * | **CIVIL ACTION NO: 2:21-cv-02088** |
| **Plaintiff,** | * | |
| | * | **SECTION: G    DIVISION: 3** |
| v. | * | |
| | * | **JUDGE: NANNETTE JOLIVETTE** |
| **SUN BELT CONFERENCE INC.,** | * | **BROWN** |
| | * | |
| **Defendant.** | * | **MAGISTRATE JUDGE: DANA** |
| | * | **DOUGLAS** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### UNOPPOSED VOLUNTARY MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **PATRICK HAIRSTON** ("Plaintiff"), who respectfully moves this Honorable Court for an Order under Rule 41(a) of the Federal Rules of Civil Procedure dismissing this action with prejudice, with each party to bear their own fees and costs.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this Motion and enter the attached proposed Order dismissing this action with prejudice, with each party to bear its own fees and costs.

Respectfully submitted,

/s/ *Mark G. Montiel, Jr.*
_____
MARK G. MONTIEL, JR. (#36122)
SHELBY S. TALLEY (#39050)
**MONTIEL HODGE, LLC**
400 Poydras Street, Suite 2325
New Orleans, Louisiana 70130
Telephone: (504) 323-5885
Facsimile: (504) 308-0511
**Attorneys for Plaintiff, Patrick Hairston**

## CERTIFICATE OF SERVICE

    I, the undersigned counsel in the above styled case, do hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or electronic mail on this 28th day of November, 2022.

                                        /s/ *Mark G. Montiel, Jr.*_____
                                        **MARK G. MONTIEL, JR.**